

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

May 14, 2008

Clerk, United States District Court
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-1535



FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

08 CR 7023 -IEG

Re:   Transfer of Our Case No. CR 06-385 PA

   Assigned Your Case No. _____

   Case Title: United States of America v. Eric McCarty

Dear Sir/Madam:

☒   Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

   Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☐   Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

   Please acknowledge receipt of these documents on the copy of this letter and return to this district.

                                    Sincerely,

                                    Clerk, U.S. District Court

                                    _signature_

                                    By  G, Kami                (213) 894-0747
                                        Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

================================================================================
**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

                                    Clerk, U.S. District Court

_____        By _____
Date                                   Deputy Clerk

---

CR-22 (01/01)            **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | CR06-00385-PA |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 08CR7023-IEG |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Eric McCarty | California | Central |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Percy Anderson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/21/2006 — TO 12/20/2009 |

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**OFFENSE**

Unauthorized Access of a Protected Computer Recklessly Causing Damage in violation of 18 U.S.C. 1030(a)(5)(A)(ii)(B)(I)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____DISTRICT_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Southern District of California_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/7/08
*Date*                                                            *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/20/08
*Effective Date*                                                  *United States District Judge*

# United States District Court
## Central District of California

**UNITED STATES OF AMERICA vs.**            **Docket No.**   CR06-385 PA

**Defendant**   Eric McCarty                **Social Security No.** _ _ _ _ _ _ _ _

akas:   Eric Charles McCarty               (Last 4 digits)

### JUDGMENT AND PROBATION/COMMITMENT ORDER

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | 12 | 21 | 06 |

**COUNSEL**   [X] WITH COUNSEL   Omar Figueroa, Retnd
(Name of Counsel)

**PLEA**   [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING**   There being a finding/verdict of [ ] GUILTY, defendant has been convicted as charged of the offense(s) of:
Unauthorized Access of a Protected Computer Recklessly Causing Damage in violation of 18 U.S.C. § 1030(a)(5)(A)(ii), (B)(I) as charged in Count Four of the Indictment.

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, is hereby placed on probation for a term of three years under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2. The defendant shall participate for a period of 6 months in a home detention program which includes electronic monitoring and shall observe all rules of such program, as directed by the Probation Officer;

3. The defendant shall pay the costs of electronic monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation in the electronic monitoring. The defendant shall provide payment and proof of payment as directed by the Probation Officer;

4. During the period of community supervision the defendant shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment;

5. When not employed at least part-time and/or enrolled in an educational or vocational program, the defendant shall perform 20 hours of community service per week as directed by the Probation Officer;

6. The defendant shall cooperate in the collection of a DNA sample from the defendant;

7. The defendant shall not access or possess any computer or computer-related devices in any manner, or for any purpose except in connection with his employment as approved by the

Case 3:08-cr-07023-IEG    Document 1    Filed 05/22/2008    Page 4 of 16

USA vs.  ERIC McCARTY    Case 2:06-cr-00385-PA    Document 48    Filed 01/30/2007    Docket No.: CR 06-385 PA    Page 2 of 5

probation officer. Computers and computer-related devices include, but are not limited to, personal computers, personal data assistants (PDAs), internet appliances, electronic games, and cellular telephones, as well as their peripheral equipment, that can access, or can be modified to access, the internet, electronic bulletin boards, and other computers, or similar media;

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse.

It is further ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately.

Pursuant to Section 5E1.2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have ability to pay a fine in addition to restitution.

It is ordered that the defendant shall pay restitution in the total amount of $36,761.26, pursuant to 18 U.S.C. § 3663A, to University of Southern California, C/O Ron Wood, Chief Information Security Officer, 3716 South Hope Street, Suite 378, Los Angeles, California 90089-7707.

A partial payment of $15,000 shall be paid immediately. The balance shall be due during the period of probation. If any amount of the restitution remains unpaid , monthly payments of at least $500 shall be made during the period of probation. These payments shall begin 30 days after the commencement of probation. Defendant is enjoined form dissipating any of his assets prior to the initial payment of $15,000.00.

The defendant shall comply with General Order No. 01-05.

Defendant's bond is hereby exonerated.

Upon the government's motion all remaining counts are hereby dismissed.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

January 30, 2007
Date

PERCY ANDERSON
U. S. DISTRICT JUDGE

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

January 30, 2007                By    /S/
Filed Date                            Deputy Clerk

Case 3:08-cr-07023-IEG   Document 1   Filed 05/22/2008   Page 5 of 16

USA vs.   ERIC McCARTY   Case 2:06-cr-00385-PA   Document 48   Filed 01/30/2007   Docket No.: CR 06-385 PA   Page 3 of 5

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

☐   The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution, however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution-pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

1. Special assessments pursuant to 18 U.S.C. §3013;
2. Restitution, in this sequence:
    Private victims (individual and corporate),
    Providers of compensation to private victims,
    The United States as victim;
3. Fine;
4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

---

### RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____         By _____
Date                                              Deputy Marshal

### CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____         By _____
Filed Date                                      Deputy Clerk

---

FOR U.S. PROBATION OFFICE USE ONLY

Case 3:08-cr-07023-IEG     Document 1     Filed 05/22/2008     Page 7 of 16

USA vs. ERIC McCARTY     Case 2:06-cr-00385-PA     Document 48     Filed 01/30/2007     Docket No.: CR 06-385 PA     Page 5 of 5

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____          _____
                  Defendant                                                          Date



                  _____          _____
                  U. S. Probation Officer/Designated Witness                  Date

CLOSED, PASPRT

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CRIMINAL DOCKET FOR CASE #: 2:06-cr-00385-PA All Defendants

Case title: USA v. McCarty
Magistrate judge case number: 2:06-mj-00703-DUTY

Date Filed: 05/18/2006
Date Terminated: 01/30/2007

Assigned to: Judge Percy Anderson

**Defendant**

**Eric Charles McCarty** (1)
*TERMINATED: 01/30/2007*
*also known as*
Seal A (1)
*TERMINATED: 01/30/2007*
*also known as*
Eric McCarty (1)
*TERMINATED: 01/30/2007*

represented by **Che L Hashim**
Pier 5 Law Office
506 Broadway
San Francisco, CA 94133
415-902-0949
Email: che_hashim_sf@yahoo.com
*TERMINATED: 05/22/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Omar Figueroa**
Omar Figueroa Law Offices
506 Broadway
San Francisco, CA 94133-4507
415-986-5591
Email: omarfigueroa@mac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Valerio G Romano**
Valerio G Romano Law Offices
506 Broadway
San Francisco, CA 94133
415-986-5591
Email: valerio@pier5law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*




0101

**Pending Counts**

**Disposition**

| | |
|---|---|
| 18:1030(a)(5)(A)(ii), (B)(i): UNAUTHORIZED ACCESS OF A PROTECTED COMPUTER RECKLESSLY CAUSING DAMAGE (4) | Defendant is placed on Probation for three years. Defendant shall comply with the terms and conditions of the U.S. Probation Office and General Order 318. Special assessment of $100. All fines are waived. Defendant shall pay restitution in the total amount of $36,761.26. Defendant shall comply with General Order 01-05. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1028(a)(7): FRAUD AND RELATED ACTIVITY IN CONNECTION WITH IDENTIFICATION INFORMATION (1-2) | Upon the governments motion all remaining counts are hereby dismissed. |
| 18:1030(a)(5)(A)(i), (B)(i): TRANSMISSION OF A CODE AND COMMAND CAUSING INTENTIONAL DAMAGE TO A PROTECTED COMPUTER (3) | Upon the governments motion all remaining counts are hereby dismissmed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 18:1030(a)(5)(A)(i)(B)(i) | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **US Attorney's Office**<br>AUSA - Office of US Attorney<br>Criminal Div - US Courthouse<br>312 N Spring St, 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Email: USACAC.Criminal@usdoj.gov<br>*TERMINATED: 06/12/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Michael Zweiback
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 North Spring Street
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2006 | 1 | SEALED COMPLAINT filed as to Seal A Approved by Magistrate Judge Victor B. Kenton as to Seal A (1). (sm, ) [2:06-mj-00703-DUTY] (Entered: 04/20/2006) |
| 04/17/2006 | 2 | EXPARTE APPLICATION for order sealing complaint as to Defendant(s) Seal A filed by USA (sm, ) [2:06-mj-00703-DUTY] (Entered: 04/20/2006) |
| 04/17/2006 | 3 | ORDER granting as to Defendant Seal A, re: EXPARTE APPLICATION to Seal[2]- It is hereby orders that the complaint, the government's sealing application and this order shall be kept under seal until such time as the government moves to unseal these documents, or until defendant makes his first appearance, whichever occurs first. (sm, ) [2:06-mj-00703-DUTY] (Entered: 04/20/2006) |
| 04/19/2006 | 4 | EX PARTE APPLICATION to Unseal Case Filed by Plaintiff USA as to Defendant Seal A (ke, ) [2:06-mj-00703-DUTY] (Entered: 05/09/2006) |
| 04/19/2006 | 5 | ORDER by Magistrate Judge Victor B. Kenton as to Defendant Seal A, re: EX PARTE APPLICATION to Unseal Case[4] (ke, ) [2:06-mj-00703-DUTY] (Entered: 05/09/2006) |
| 04/21/2006 | 7 | NOTICE DIRECTING DEFENDANT TO APPEAR for Preliminary Hearing and Arraignment on Indictment/Information: as to Eric Charles McCarty (ke, ) [2:06-mj-00703-DUTY] (Entered: 05/09/2006) |
| 04/28/2006 | 6 | MINUTES OF INITIAL APPEARANCE ON LOCAL COMPLAINT held before Magistrate Judge Margaret A. Nagle as to Defendant Eric McCarty. Defendant arraigned and advised of the charges. Defendant states true name true name- Eric Charles McCarty.Attorney: Che L Hashim for Eric McCarty, DFPD, present.Court orders bail set as: Eric McCarty (1) Unsecured Appearance Bond- $25,000, All conditions of bond shall be met and bond posted by 5/4/06@ 5:00pm for surrender of passport. Defendant shall submit to Pretrial Supervision. Surrender all passports to the Clerk of Court. Travel is restricted to CD/CA and SD/CA. Reside as approved by PSA and do nt relocate without prior permission from PSA.. Post-Indictment Arraignment set for 5/22/2006 08:30 AM before Duty Magistrate Judge. Tape #: 06-25. (ke, ) [2:06-mj-00703-DUTY] (Entered: 05/09/2006) |
|  |  |  |

| 04/28/2006 | 8 | WAIVER of Preliminary Examination or Hearing by Eric Charles McCarty (ke, ) [2:06-mj-00703-DUTY] (Entered: 05/09/2006) |
|---|---|---|
| 04/28/2006 | 9 | AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $ $25,000 Filed by Defendant Eric Charles McCarty (ke, ) [2:06-mj-00703-DUTY] (Entered: 05/09/2006) |
| 05/05/2006 | 10 | NOTICE OF DELIVERANCE OF USA PASSPORT and Receipt filed by Defendant Eric Charles McCarty, Passport No: 7331. (ke, ) [2:06-mj-00703-DUTY] (Entered: 05/09/2006) |
| 05/18/2006 | 11 | INDICTMENT Filed as to Eric Charles McCarty (1) count(s) 1-2, 3, 4. (ca, ) (Entered: 05/26/2006) |
| 05/18/2006 | 12 | CASE SUMMARY filed by AUSA Michael Zweiback as to Defendant Eric Charles McCarty; defendants Year of Birth: 1981 (ca, ) (Entered: 05/26/2006) |
| 05/18/2006 | 13 | MEMORANDUM filed by Plaintiff USA as to Defendant is seeking authority for an investigative action, being filed on 5/18/06, does not relate to (1) a matter pending in the Criminal Division of the United States Attorney's Office ("USAO") between October 2002 and October 5, 2003, the date during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO. (ca, ) (Entered: 05/26/2006) |
| 05/18/2006 | 14 | MEMORANDUM filed by Plaintiff USA as to Defendant is seeking authority for an investigative action, being filed on 5/18/06, a matter in which Patrick J. Walsh was personally consulted while employed in the USAO. (ca, ) (Entered: 05/26/2006) |
| 05/18/2006 | 15 | MEMORANDUM filed by Plaintiff USA as to Defendant is seeking authority for an investigative action, being filed on 5/18/06, does not relate to (1) a matter pending in the Major Frauds Section of the USAO before June 30, 2001, the date on which Magistrate Judge Jennifer T. Lum resigned his appointment in that office; or (2) a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the USAO.(ca, ) (Entered: 05/26/2006) |
| 05/18/2006 | 16 | MEMORANDUM filed by Plaintiff USA as to Defendant is seeking authority for an investigative action, being filed on 5/18/06, does not relate to (1) a matter pending in the Narcotics Section of the USAO before April 20, 1999, the date on which Jeffery W. Johnson resigned his appointment in that office; or (2) a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the USAO. (ca, ) (Entered: 05/26/2006) |
| 05/18/2006 | 17 | MEMORANDUM filed by Plaintiff USA as to Defendant. This criminal |

| | | |
|---|---|---|
| | | action, being filed on 5/18/06, is not pending in a matter (1) that was pending in the Organized Crime Section of the USAO before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO. (ca, ) (Entered: 05/26/2006) |
| 05/22/2006 | 18 | STATEMENT OF CONSTITUTIONAL RIGHTS filed by Defendant Eric Charles McCarty (mb) (Entered: 05/30/2006) |
| 05/22/2006 | 19 | MINUTES OF POST-INDICTMENT ARRAIGNMENT: held before Magistate Judge Jennifer T. Lum as to Eric Charles McCarty (1) Count 1-2,3,4. Defendant arraigned, states true name: as charged. Attorney: Omar Figueroa for Eric Charles McCarty, Retained, present. Court orders this case assigned to the calendar of U.S. District Judge Percy Anderson. Plea and Trial Setting Hearing set for 5/22/2006 at 11:00 AM before Judge Percy Anderson. Tape #: CS 5/22/06. (ca, ) (Entered: 05/30/2006) |
| 05/22/2006 | | Attorney update in case as to Eric Charles McCarty. Attorney US Attorney's Office for USA added. (ca, ) (Entered: 05/30/2006) |
| 05/22/2006 | 20 | DESIGNATION AND APPEARANCE OF COUNSEL; filed by Omar Figueroa appearing for Eric Charles McCarty. (ca, ) (Entered: 05/31/2006) |
| 05/22/2006 | 21 | MINUTES OF ARRAIGNMENT, PLEA AND TRIAL SETTING held before Judge Percy Anderson as to Defendant Eric Charles McCarty. Defendant enters plea of Not Guilty to the indictment. Jury Trial set for 7/11/2006 at 09:00 AM before Judge Percy Anderson. Pretrial Conference set for 7/3/2006 at 03:00 PM before Judge Percy Anderson. Court Reporter: Cheshire. (vc, ) (Entered: 06/01/2006) |
| 05/30/2006 | 22 | ORDER RE CRIMINAL TRIAL by Judge Percy Anderson as to Defendant Eric Charles McCarty. Pretrial motions, including motions in limine shall be filed on 6/12/2006, Oppositions shall be filed on 6/19/2006; Replies shall be filed on 6/26/2006; Status Conference set for 7/3/2006 at 03:00 PM ; Jury Trial set for 7/11/2006 at 09:00 AM before Judge Percy Anderson. before Judge Percy Anderson. (lm, ) (Entered: 06/02/2006) |
| 06/06/2006 | 23 | STIPULATION AND PROPOSED ORDER REGARDING DISCLOSURE OF ELECTORNIC EVIDENCE AND IDENTIFICATIN INFORMATION by Judge Percy Anderson as to Defendant Eric Charles McCarty; IT IS ORDERED THAT the personal infomation described above shall be provided to the defense in unredacted form; the informatin shall not be disclosed or further disseminated to anyone beyond the defense counsel, defense investigators, defendant and any designated defense forensic examiner without further order of the court and shall be used only in preparation of the defense in this proceeding; the information shall not be copied unless copying is necessary for preparation of the defense in this proceeding; and the materials provided to the defense pursuant to this order and any copies thereof shall be |

| | | |
|---|---|---|
| | | returned to the government at the conclusion of this case; IT IS FURTHER ORDERD that upon the return of these items and information defense counsel will file a brief report to the court specifying that the terms of this order ahve been complied with and reporting the retunr of the information and any pleadings that include or make reference to the above described information shall be filed in a redacted format. (ab, ) (Entered: 06/14/2006) |
| 06/06/2006 | 24 | MINUTES OF Status Conference held before Judge Percy Anderson as to Defendant Eric Charles McCarty; all discovery related issues shall be resolved no later than 6-26-06 ; Jury Trial continued to 9/12/2006 09:00 AM ; the final Pretrial Conference continued to 8/21/2006 03:00 PM; any motions shall be filed no later than 7-24-06; optional replies shall be filed no later than 8-15-06; the attorney for the government shall prepare an order regarding excludable time; defendants bond shall be modified to allow travel to San Francisco for the sole purpose of meeting with his attorney; defendant shall provide an itinerary to pretrial services 24 hours prior to any travl to San Francisco before Judge Percy Anderson. Court Reporter: Jennifer Cheshire. (ab, ) (Entered: 06/16/2006) |
| 06/12/2006 | | ASSIGNMENT OF AUSA FOR TRIAL: Assigning AUSA Michael Zweiback for USA. (lm, ) (Entered: 06/13/2006) |
| 06/26/2006 | 25 | STIPULATION AND ORDER by Judge Percy Anderson as to Defendant Eric Charles McCarty,Excludable started 6/6/06 as to Eric Charles McCarty:,Excludable(s) stopped 9/12/06 as to Eric Charles McCarty Jury Trial set for 9/12/2006 09:00 AM; Motion set for hearing on 8/21/2006 at 03:00 PM; motions schedule is further reset as follows: pre-trial motions are to be filed by 7-10-06; oppositions are to be filed by 7-24-06; and replies if any filed by 8-14-06 before Judge Percy Anderson. (ab, ) (Entered: 06/29/2006) |
| 07/12/2006 | 26 | MOTION to Suppress Evidence and to Return Property filed by Defendant Eric Charles McCarty. Motion set for hearing on 8/21/2006 at 3:00 PM before Judge Percy Anderson. Memorandum of Points and Authorities. (mu, ) (Entered: 07/25/2006) |
| 07/12/2006 | 27 | NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MOTION to Dismiss Indictment pursuant to a violation of the commence clauseof the United States Constitution filed by Defendant Eric Charles McCarty. Motion set for hearing on 8/21/2006 at 03:00 PM before Judge Percy Anderson. (sm, ) (Entered: 08/02/2006) |
| 07/24/2006 | 29 | OPPOSITION to Defendant MOTION to Dismiss Indictment based upon unconstitutionality of 18 U.S.C. 1030 [27] filed by Plaintiff USA as to Defendant Eric Charles McCarty. (jp) (Entered: 08/08/2006) |
| 07/24/2006 | 30 | OPPOSITION to Defendant MOTION to Suppress Evidence and to Return of Seized Property [26] filed by Plaintiff USA as to Defendant Eric Charles McCarty. (jp) (Entered: 08/08/2006) |
| 08/03/2006 | 28 | STIPULATION AND ORDER ALLOWING TRAVEL by Judge Percy Anderson as to Defendant Eric Charles McCarty; defendant may travel |

| | | |
|---|---|---|
| | | outside the Central District of California to Las Vegas, Nevada for business from August 4-7, 2--6; pretrial services has not objection to this request. (ab, ) (Entered: 08/07/2006) |
| 08/14/2006 | 31 | REPLY to Government's oppositoin to defendant's MOTION to Dismiss Case[27] filed by Defendant Eric McCarty. (ab, ) (Entered: 08/21/2006) |
| 08/14/2006 | 32 | REPLY to Government's opposition to defendant's MOTION to Suppress evidence[26] filed by Defendant Eric Charles McCarty (ab, ) (Entered: 08/22/2006) |
| 08/21/2006 | 33 | MINUTES OF Pretrial Conference/ Motion to dismiss the indictment pursuant to a violation of the commerece clause of the United States Constitution; Motion to suppress evidence and to return property seized held before Judge Percy Anderson as to Defendant Eric Charles McCarty,, RE: MOTION to Suppress MOTION for Return of Property/PreTrial[26] is taken under submission, MOTION to Dismiss Case[27] is denied Pretrial Conference continued to 9/5/2006 03:00 PM; the attorney for the government shall perpare an order regarding excludable time before Judge Percy Anderson. Court Reporter: Mirian Baird. (ab, ) (Entered: 08/24/2006) |
| 09/05/2006 | 34 | PLEA AGREEMENT filed by Plaintiff USA as to Defendant Eric Charles McCarty (ab, ) (Entered: 09/08/2006) |
| 09/05/2006 | 35 | MINUTES OF Change of Plea Hearing held before Judge Percy Anderson as to Defendant Eric Charles McCarty. Defendant sworn. Court questions defendant regarding the plea. The Defendant Eric Charles McCarty (1) pleads GUILTY to Count 4. The plea is accepted. The Court ORDERS the preparation of a Presentence Report. Sentencing set for 12/4/2006 08:30 AM; counsare are notified that rule 32 of the Federal Rules of Criminal Procedure requires the parties to notify the probation officer, and each other, of any objections to the presentnece report within 14 days of receipt; alternatively, counsel may file such objectins no later than 21 days before sentencing (see document for further details) before Judge Percy Anderson. Court Reporter: Bridget Montero. (ab, ) (Entered: 09/15/2006) |
| 09/06/2006 | | PLACED IN FILE - NOT USED by Plaintiff USA as to Defendant Eric Charles McCarty (ab, ) (Entered: 09/08/2006) |
| 11/22/2006 | 36 | POSITION WITH RESPECT TO SENTENCING filed by Plaintiff USA as to Defendant Eric Charles McCarty. (ab, ) (Entered: 11/27/2006) |
| 11/30/2006 | 37 | SENTENCING MEMORANDUM filed by Defendant Eric Charles McCarty (ab, ) (Entered: 12/01/2006) |
| 12/04/2006 | 38 | MINUTES OF SENTENCING - held before Judge Percy Anderson as to Defendant Eric Charles McCarty; sentencing is not held; Sentencing continued to 12/18/2006 08:30 AM; defendant's brief regarding conditions of probation/supervised release shall be filed no later than 12-11-06; the government's response shall be filed no later than 12-15-06 before Judge Percy Anderson. Court Reporter: Bridget Montero. (ab, ) |

| | | |
|---|---|---|
| | | (Entered: 12/06/2006) |
| 12/12/2006 | 39 | DEFENDANT'S BRIEFING REGARDING RESTRICTION OF MR. MCCARTY'S ACCESS TO THE INTERNET AS A CONDITION OF PROBATION Filed by Defendant Eric Charles McCarty. (ab, ) (Entered: 12/14/2006) |
| 12/14/2006 | 41 | EX PARTE MOTION TO CONTINUE SENTENCING Filed by Defendant Eric Charles McCarty Ex Parte Application set for hearing on 12/18/2006 at 09:00 AM before Judge Percy Anderson. Lodged ORDER. (ab, ) (Entered: 12/18/2006) |
| 12/14/2006 | 43 | Association of Attorney Filed by defendant Eric McCarty; please take notice that Omar Figueroa hereby associates Valerio Ramano as attorney of record for this matter. (ab, ) (Entered: 12/20/2006) |
| 12/14/2006 | | Attorney update in case as to Eric Charles McCarty. Attorney Valerio G Romano for Eric Charles McCarty added. (ab, ) (Entered: 12/20/2006) |
| 12/15/2006 | 40 | STIPULATION AND ORDER by Judge Percy Anderson as to Defendant Eric Charles McCarty; defendant may travel outside the Central District of California at Las Vegas, Nevada to attend a training of the Institute of Internal Auditors from December 15-17, 2006; pretrial services has no objections to this request. (ab, ) (Entered: 12/18/2006) |
| 12/15/2006 | 45 | MINUTES IN CHAMBERS by Judge Percy Anderson: The Court is in receipt of defendant association of attorneys. The Court finds that this document is insufficient and it is ordered stricken and returned to counsel. Court Reporter: Not Reported. (jp) (Entered: 12/27/2006) |
| 12/18/2006 | 42 | SUPPLEMENT filed by Plaintiff USA as to Defendant Eric Charles McCarty, re Sentencing position [36]. (ab, ) (Entered: 12/19/2006) |
| 12/18/2006 | 46 | MINUTES OF IN CHAMBERS ORDER by Judge Percy Anderson : Sentencing is continued to 12/20/2006 11:00 AM before Judge Percy Anderson. Court Reporter: not reported. (sm, ) (Entered: 12/27/2006) |
| 12/20/2006 | 44 | MINUTES OF SENTENCING - held before Judge Percy Anderson as to Defendant Eric Charles McCarty. Sentencing continued to 12/21/2006 01:30 PM before Judge Percy Anderson. Court Reporter: Bridget Montero. (ab, ) (Entered: 12/21/2006) |
| 12/21/2006 | 47 | MINUTES OF SENTENCING Hearing held before Judge Percy Anderson as to Defendant Eric Charles McCarty. Defendant Eric Charles McCarty (1), Count(s) 4, Defendant is placed on Probation for three years. Defendant shall comply with the terms and conditions of the U.S. Probation Office and General Order 318. Special assessment of $100. All fines are waived. Defendant shall pay restitution in the total amount of $36,761.26. Defendant shall comply with General Order 01-05. Bond Exonerated. Count(s) 1-2, 3, Upon the governments motion all remaining counts are hereby dismissmed. Defendant advised of right of appeal. Court Reporter: Bridget Montero. (cbr, ) (Entered: 01/30/2007) |
| 12/26/2006 | | PLACED IN FILE - NOT USED re ORDER CONTINUING |

| | | |
|---|---|---|
| | | SENTENCING HEARING as to Defendant Eric Charles McCarty (sm, ) (Entered: 12/27/2006) |
| 01/30/2007 | 48 | JUDGMENT AND COMMITMENT by Judge Percy Anderson as to Defendant Eric Charles McCarty (1), Count(s) 4, Defendant is placed on Probation for three years. Defendant shall comply with the terms and conditions of the U.S. Probation Office and General Order 318. Special assessment of $100. All fines are waived. Defendant shall pay restitution in the total amount of $36,761.26. Defendant shall comply with General Order 01-05. Count(s) 1-2, 3, Upon the governments motion all remaining counts are hereby dismissmed. Signed by Judge Percy Anderson. (cbr, ) (Entered: 01/30/2007) |
| 03/05/2007 | | RETURN OF PASSPORT LETTER issued as to Defendant Eric Charles McCarty regarding Notice of Deliverance of USA Passport (CR-97)[10]. USA Passport due to be returned by 4/5/2007. (cbr, ) (Entered: 03/07/2007) |
| 05/07/2008 | 49 | ORIGINAL AND COPY OF PROBATION FORM 22 sent to USDC, Southern District of California at San Diego as to Defendant Eric Charles McCarty. (Attachments: # 1 PROB 22)(gk) (Entered: 05/14/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/14/2008 17:48:49 | | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cr-00385-PA |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |